UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 08-0205M-01 (CR) |
| SUSAN REID, | : | VIOLATION: 18 U.S.C. § 513(a) |
| Defendant. | : | (Forgery) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

From on or about May 1, 2003 until on or about May 24, 2007, within the District of Columbia, **SUSAN REID** did knowingly make utter and possess forged securities of Stanton Development Corporation with the intent to deceive Stanton Development Corporation.

(**Forgery**, in violation of Title 18, United States Code, Section 513(a))

        JEFFREY A. TAYLOR
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 498610

BY: _____
        JEFFREY PEARLMAN
        Assistant United States Attorney
        Bar No. 466-901
        Federal Major Crimes Section
        555 4th Street, N.W., Room
        Washington, D.C. 20530
        (202) 353-2385
        Jeffrey.Pearlman@usdoj.gov