UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-143 (HHK) |
| | : | STATUS DATE: May 20, 2008 |
| v. | : | |
| | : | |
| | : | |
| Susan Reid | : | |
| Defendant. | : | |

**UNITED STATES' UNOPPOSED MOTION TO
ALLOW THE ROUTINE PROCESSING OF THE DEFENDANT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests an order to permit the routine administrative processing of the defendant in this case on May 20, 2008 after the plea hearing. In support of this motion, the United States submits that:

1. The government expects the defendant to plead guilty to forgery, in violation of 18 U.S.C. § 513, before this Court on May 20, 2008. The defendant has not yet completed the necessary administrative processing by law enforcement, which would include booking, fingerprinting, and photographing. The defendant has not yet been detained.

2. The undersigned government counsel has spoken with the attorney for the defendant, who represented that the defendant does not oppose this motion.

3. The assigned detectives and agents in this case have advised government counsel that the necessary administrative processing can be completed after the plea hearing.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

                /s/
By:    Jeff Pearlman
        Assistant United States Attorney
        Bar No. 466901
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-2385
        jeffrey.pearlman@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-143 (HHK)** |
| | : | |
| **v.** | : | |
| **Susan Reid** | : | |
| **Defendant.** | : | |

ORDER

Upon unopposed motion of the Government, and for good cause shown, it is ORDERED:

That defendant, Susan Reid, on May 20, 2008, after the plea hearing, be accompanied by a representative of the government to the First District Police Station, at 415 4th Street, S.W., Washington, D.C. 20024, or other appropriate facility, for the purpose of booking, fingerprinting, photographing, and other necessary processing in this case, and that this processing be a condition of the defendant's current release conditions.

_____
Henry H. Kennedy
UNITED STATES DISTRICT COURT JUDGE