UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-143 (HHK) |
| | : | |
| v. | : | |
| | : | |
| Susan Reid | : | |
| Defendant. | : | |

**FILED**
MAY 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon unopposed motion of the Government, and for good cause shown, it is ORDERED:

That defendant, Susan Reid, on May 20, 2008, after the plea hearing, be accompanied by a representative of the government to the First District Police Station, at 415 4th Street, S.W., Washington, D.C. 20024, or other appropriate facility, for the purpose of booking, fingerprinting, photographing, and other necessary processing in this case, and that this processing be a condition of the defendant's current release conditions.

Henry H. Kennedy
UNITED STATES DISTRICT COURT JUDGE

5/15/08