**FILED**

MAY 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Susan Reid

**Defendant.**

Criminal 08-143

### SENTENCING SCHEDULING ORDER

It is this 20 th day of May, 2008 hereby

**ORDERED** that the sentencing in this matter is set for August 1st, 2008 at 10:15am .; and it is

**ORDERED** that the probation officer assigned to this case disclose the initial version of the pre-sentence investigation report to the parties 45days after the referral date; and it is further

**ORDERED** that counsel submit their objections to the probation officer 10 days after the report is initially disclosed by the probation office; and it is further

**ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report 10 days after the parties have submitted their objections; and it is further

**ORDERED** that the parties file any memoranda in aid of sentencing with the court 10 days after the final version of the pre-sentence report is disclosed by the probation officer; with responses thereto due five days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to reply upon.

**SO ORDERED.**

Henry H. Kennedy, Jr.
United States District Judge