AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

**FILED**
MAY 2 0 2008
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

FOR THE _____ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA
V.

Susan Reid

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR143

I, _Susan Reid_, the above named defendant, who is accused of

_Forgery in Violation of 18 USC 513(a)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _May 20, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Susan K Reid_
Defendant

_[signature]_
Counsel for Defendant

Before _Henry Kennedy_
Judicial Officer