IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 08-143 (HHK) |
| v.  ) | |
| ) | |
| SUSAN REID ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant Susan Reid, through undersigned counsel, respectfully requests this Honorable Court to continue the sentencing hearing currently scheduled for August 1, 2008 at 10:15 a.m. In support of her motion, Ms. Reid submits as follows:

On May 20, 2008, Ms. Reid pled guilty to a one-count information pursuant to a written plea agreement. Following the hearing, a sentencing date of August 1st was scheduled. Counsel informed the Court's Deputy Clerk, as well as counsel for the government, that she might be away on work-related travel on that date but did not yet have confirmation with respect to the trip.

At this point, counsel has plans to travel to American Samoa between July 31st and August 8th in conjunction with a case. In light of the fact that counsel is traveling with co-counsel and that flights to American Samoa operate only twice a week, this was the only week counsel could travel when the trip would not conflict with co-counsel's extensive trial schedule.

Counsel has consulted with counsel for the government and the latter has no opposition to a continuance.

Respectfully submitted,


A.J. KRAMER
FEDERAL PUBLIC DEFENDER


\_\_\_\_\_/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Cr. No. 08-143 (HHK)** |
| **v.** ) | |
| ) | |
| **SUSAN REID** ) | |
| ) | |

## ORDER

_____Upon consideration of defendant's Motion to Continue, it is by the Court hereby

**ORDERED** that the sentencing hearing scheduled for August 1, 2008 is VACATED and that sentencing is continued until _____, 2008.


SO ORDERED.

_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Lara Quint, AFPD
Bridgette Crafton, AUSA