IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | Cr. No. 08-143 (HHK) | |
| v. ) | | |
| ) | | |
| SUSAN REID ) | | |
| _____ ) | | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant Susan Reid, through undersigned counsel, respectfully requests this Honorable Court to continue the sentencing hearing currently scheduled for August 19, 2008 at 10:00 a.m. In support of her motion, Ms. Reid submits as follows:

Counsel is scheduled to be out of the country on work-related travel between Sunday, August 17th and Monday, August 25th. Counsel will return to the office on August 26th. In light of the fact that counsel is traveling with co-counsel and that flights to American Samoa operate only twice a week, the week of the 17th of August was selected to accommodate the schedules of the greatest number of lawyers and witnesses.[1]

Ms. Reid is on pretrial release and is fully compliant with her release conditions. She has been apprised of the instant motion. Counsel has consulted with counsel for the government and the latter has no opposition to a continuance. Counsel and opposing counsel are flexible in September with the exception of the 5th, the morning of the 8th, the 11th and the 12th.

Respectfully submitted,

---

[1] Counsel realizes that a similar motion was filed prior to Ms. Reid's scheduled sentencing of August 1st. For administrative reasons, the trip to Samoa between July 31st and August 7th was not approved and counsel had to reschedule. Counsel apologizes for the delay.

A.J. KRAMER  
FEDERAL PUBLIC DEFENDER

\_\_\_\_\_/s/_____  
Lara G. Quint  
Assistant Federal Public Defender  
625 Indiana Avenue, N.W., Ste 550  
Washington, D.C.  20004  
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Cr. No. 08-143 (HHK) |
| **v.** ) | |
| ) | |
| **SUSAN REID** ) | |
| ) | |

## ORDER

_____Upon consideration of defendant's Motion to Continue, it is by the Court hereby

**ORDERED** that the sentencing hearing scheduled for August 19, 2008 is VACATED and that sentencing is continued until _____, 2008.

SO ORDERED.

_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Lara Quint, AFPD
Bridgette Crafton, AUSA